**Order entered November 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00560-CR

## JOSE DAVID GUTIERREZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F16-23201-H**

### ORDER

We **REINSTATE** this appeal.

We abated for the appointment of counsel and have now received notice of the appointment. We **DIRECT** the Clerk to remove retained counsel Jeffery King and list Allan Fishburn as counsel for appellant. All future correspondence shall be sent to Mr. Fishburn at the address on file with the Court.

Appellant's brief was filed on September 25, 2020. Mr. Fishburn may file an amended or supplemental brief by January 4, 2021. If counsel decides to adopt the

September 25th brief, he may do so by filing a letter no later than January 4, 2021 stating his intent to rely on the existing brief.

The State's brief is **DUE** on February 3, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; to former attorney Jeffery King; to Allan Fishburn; to the Dallas County District Attorney's Office, Appellate Division; and by first class U.S. mail to Jose David Gutierrez, TDCJ #02263812, Allred Unit, 2101 FM 369 North, Iowa Park, TX 76367.

/s/    BILL PEDERSEN, III
       JUSTICE